NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP,**
*Plaintiffs-Appellants*

**v.**

**MYLAN PHARMACEUTICALS INC., KINDEVA DRUG DELIVERY L.P.,**
*Defendants-Appellees*

---

2023-1164

---

Appeal from the United States District Court for the Northern District of West Virginia in Nos. 1:18-cv-00193-IMK-RWT, 1:19-cv-203-IMK-RWT, Judge Irene M. Keeley.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

The parties jointly move to remand the above-captioned appeal with each side to bear its own costs and fees.

Upon consideration thereof,

IT IS ORDERED THAT:

2        ASTRAZENECA AB v. MYLAN PHARMACEUTICALS INC.

The motion is granted.

FOR THE COURT

March 7, 2023        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
        Clerk of Court

ISSUED AS A MANDATE: March 7, 2023